**ABBOTT LABORATORIES**
**Plaintiff–Appellee,**

v.

**SYNTRON BIORESEARCH, INC.**
**Defendant–Appellant.**

No. 04–1294.

United States Court of Appeals,
Federal Circuit.

Jan. 21, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).